An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ALLEN ERISMAN, D.O.; IAN CRAVEN, M.D.; FREMONT EMERGENCY SERVICES (HENNER & SEARS) LTD.; AND SANDESH SINGH, M.D.,
　　　　　　　　Petitioners,
　　　　vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; THE HONORABLE RICHARD SCOTTI, DISTRICT JUDGE; AND CHRIS BEECROFT,
　　　　　　　　Respondents,
　　　　and
JOSEPH DOHL; AND PATRICIA DAVIS,
　　　　　　　　Real Parties in Interest.

No. 67699

**FILED**

JUN 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Petitioners have filed a "Notice of Resolution and Disposition of Underlying Matter," indicating that the parties have resolved the underlying matter with real parties in interest dismissing their case against petitioners. We treat the notice as a motion to withdraw the writ petition and we grant it. NRAP 42(b). Accordingly, this writ petition is dismissed.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-18764

cc: Hon. Richard Scotti, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Alverson Taylor Mortensen & Sanders
Jimmerson Hansen
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A